Argued November 29, affirmed November 29, 1971, petition
for rehearing denied January 4, petition for review
denied February 8, 1972

ROGER SCOTT ALLEN, *Appellant, v.*
CUPP (No. 72181), *Respondent.*

490 P2d 1285

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Jim G. Russell,* Assistant Attorney General, Salem,
argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, John W.
Osburn, Solicitor General, and Robert L. Misner, As-
sistant Attorney General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT,
Judges.

AFFIRMED FROM THE BENCH.